| | |
|---|---|
| 1 | John J. Edmonds (State Bar No. 274200) |
| | jedmonds@cepiplaw.com |
| 2 | COLLINS EDMONDS POGORZELSKI |
| | SCHLATHER & TOWER, PLLC |
| 3 | 1851 East First Street, Suite 900 |
| 4 | Santa Ana, California 92705 |
| | Telephone: (951) 708-1237 |
| 5 | Facsimile: (951) 824-7901 |

Attorney for Plaintiff,
**DIGITECH IMAGE TECHNOLOGIES, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC, | Case No.: SACV12-1324 JVS (RNBx) |
| Plaintiff, | **COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NO. 6,128,415** |
| v. | |
| ELECTRONICS FOR IMAGING, INC.; KONICA MINOLTA HOLDINGS, INC.; KONICA MINOLTA HOLDINGS U.S.A., INC.; KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC. and XEROX CORPORATION | **DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: August 16, 2012<br>Trial Date: Not Set |
| Defendants. | |

## COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement in which DIGITECH IMAGE TECHNOLOGIES, LLC submits this Original Complaint against Defendants named herein, namely ELECTRONICS FOR IMAGING, INC.; KONICA MINOLTA HOLDINGS, INC.; KONICA MINOLTA HOLDINGS U.S.A., INC.; KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC. and XEROX CORPORATION (collectively "Defendants"), as follows:

## THE PARTIES

- 1 -

1. DIGITECH IMAGE TECHNOLOGIES, LLC ("DIGITECH" or "Plaintiff") is a California limited liability company with a place of business at 500 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

2. On information and belief, ELECTRONICS FOR IMAGING, INC. (hereinafter "EFI") is a Delaware corporation with a place of business at Foster City, CA.

3. On information and belief, KONICA MINOLTA HOLDINGS, INC. is a foreign company with a place of business at Tokyo, Japan and KONICA MINOLTA HOLDINGS U.S.A., INC. and KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC. are New Jersey and New York corporations, respectively, with places of business at Ramsey, NJ. Hereinafter, KONICA MINOLTA HOLDINGS, INC., KONICA MINOLTA HOLDINGS U.S.A., INC. and KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC. are collectively referred to as "KONICA MINOLTA."

4. On information and belief, XEROX CORPORATION (hereinafter "XEROX") is a New York corporation with a place of business at Norwalk, CT.

## JURISDICTION AND VENUE

5. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. On information and belief, the Defendants are subject to this Court's specific and/or general personal jurisdiction, pursuant to due process and/or the California Long Arm Statute, due at least to their substantial business in California, including related to the infringements alleged herein. Further, on information and belief, Defendants have, within this forum, engaged in at least the selling of the accused products listed herein. In addition, Defendants induce infringement of the patent-in-suit by sellers and/or infringing users located in this forum. Further, on information and

belief, all Defendants have interactive websites which are used in and/or accessible in this forum. Further, on information and belief, Defendants regularly conduct and/or solicit business, engage in other persistent courses of conduct, and/or derive substantial revenue from goods and services provided to persons and/or entities in California.

7. Venue is proper in this district under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b). Without limitation, on information and belief, Defendants are subject to personal jurisdiction in this district. On information and belief, the Defendants are subject to this Court's specific and/or general personal jurisdiction, pursuant to due process and/or the California Long Arm Statute, due at least to their substantial business in this district, including related to the infringements alleged herein. Further, on information and belief, Defendants have, within this forum, engaged in at least the selling of the accused products listed herein. In addition, Defendants induce infringement of the patent-in-suit by sellers and/or infringing users located in this forum. Further, on information and belief, the above listed Defendants have interactive websites which are used in and/or accessible in this forum. Further, on information and belief, Defendants regularly conduct and/or solicit business, engage in other persistent courses of conduct, and/or derive substantial revenue from goods and services provided to persons and/or entities in California.

## JOINDER

8. On information and belief, joinder of these Defendants is proper under 35 U.S.C. § 299, at least due to KONICA MINOLTA, and XEROX selling and/or offering for sale products all containing EFI digital print controllers.

9. In addition, on information and belief, joinder of these Defendants is proper under 35 U.S.C. § 299, at least because questions of fact common to all Defendants will arise in this action due to EFI's digital print controllers being incorporated in all of KONICA MINOLTA and

XEROX's products. DIGITECH's rights to relief against Defendants depend upon the same transactions and occurrences related to the making, using, offering for sale and/or selling of the accused products.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 6,128,415

10. United States Patent No. 6,128,415 ("the '415 patent"), entitled "DEVICE PROFILES FOR USE IN A DIGITAL IMAGE PROCESSING SYSTEM," issued on October 3, 2000.

11. DIGITECH is the present assignee of the entire right, title and interest in and to the '415 patent, including all rights to sue for past and present infringement and to recover all damages therefor. Accordingly, DIGITECH has standing to bring this lawsuit for infringement of the '415 patent.

12. The various claims of the '415 patent cover, *inter alia*, a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

13. On information and belief, EFI has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color

space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

14.     DIGITECH reserves the right to take discovery regarding EFI's prior notice regarding the '415 patent. On information and belief, once EFI received notice of the '415 patent, at a minimum by virtue of this suit, its actions necessarily constitute active inducement of at least CANON INC., CANON BUSINESS SOLUTIONS, INC. and CANON U.S.A., INC. (collectively "CANON"); KONICA MINOLTA; RICOH COMPANY, LTD. and RICOH AMERICAS CORPORATION (collectively "RICOH") and XEROX, who are known to perform the infringing acts alleged herein. Such inducement necessarily involves EFI's intent to induce such infringement and/or knowledge of at least a high probability that the infringing acts that it aids, abets and/or encourages constitute infringement of the '415 patent., to make infringing products and/or users to use infringing products. Upon information and belief, such induced infringement has occurred at least since this Defendant became aware of the '415 patent.

15.     DIGITECH reserves the right to take discovery regarding EFI's prior notice regarding the '415 patent. On information and belief, once EFI received notice of the '415 patent, at a minimum by virtue of this suit, its actions necessarily constitute contributory infringement relative to at least CANON, KONICA MINOLTA, RICOH and XEROX. Without limitation, on information and belief, EFI offers to sell and sells within the United States or imports into the United States components (see list below) of the patented apparatuses and/or processes (see at least the products of CANON, KONICA MINOLTA, RICOH and XEROX listed herein) which constitute a material part of the invention of the '415 patent. Further, on information and belief, once EFI received notice of the '415 patent, at a minimum by virtue of this suit, it necessarily knows that such

controllers are especially made or especially adapted for use in an infringement of the '415 patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use.

16. Upon present information and belief, EFI's infringing products comprise at least the following accused products: X2 line (including but not limited to X2, X2e, X2-W and X2-CP), X3 line (including but not limited to X3e), X4 line, Z4 line, Z5 line, Z9 line, Z16 line and Z18 line.

17. EFI is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

18. On information and belief, KONICA MINOLTA has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

19. DIGITECH reserves the right to take discovery regarding KONICA MINOLTA's prior notice regarding the '415 patent. On information and belief, once KONICA MINOLTA received notice of the '415 patent, at a minimum by virtue of this suit, its actions necessarily constitute active inducement of resellers and/or users who are known to perform infringing sales, offers for sale and/or uses of KONICA MINOLTA's infringing products. Such inducement necessarily involves KONICA MINOLTA's intent to induce such infringement and/or knowledge of at least a high probability that the infringing acts that it aids, abets and/or encourages constitute infringement of the '415 patent.

20. Upon present information and belief, KONICA MINOLTA's infringing products comprise at least the following accused products: bizhub Pro C65HC, bizhub C6000L, bizhub PRO

1051, bizhub PRO 1200, bizhub PRO 1200P, bizhub PRO 950, bizhub C6000, bizhub PRESS C7000, bizhub PRESS C7000P, bizhub PRESS C70hc, bizhub PRESS C8000, bizhub C754, bizhub C654, bizhub C652DS, bizhub C452, bizhub C552DS, bizhub C552, bizhub C652, bizhub C360, bizhub C280 and bizhub C220.

21. KONICA MINOLTA is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

22. On information and belief, XEROX has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

23. DIGITECH reserves the right to take discovery regarding XEROXS's prior notice regarding the '415 patent. On information and belief, once XEROX received notice of the '415 patent, at a minimum by virtue of this suit, its actions necessarily constitute active inducement of resellers and/or users who are known to perform infringing sales, offers for sale and/or uses of XEROX's infringing products. Such inducement necessarily involves XEROX's intent to induce such infringement and/or knowledge of at least a high probability that the infringing acts that it aids, abets and/or encourages constitute infringement of the '415 patent.

24. Upon present information and belief, XEROX's infringing products comprise at least the following accused products: 700 Digital Color Press, 700i Digital Color Press, Color 550, Color 560, WorkCentre 7755, WorkCentre 7765 and WorkCentre 7775.

25. XEROX is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

26. As a result of Defendants' infringing conduct, Defendants have damaged DIGITECH. Defendants are liable to DIGITECH in an amount that adequately compensates DIGITECH for their infringement, which, by law, can be no less than a reasonable royalty.

27. On information and belief, all Defendants have at least had constructive notice of the '415 patent by operation of law.

## PRAYER FOR RELIEF

WHEREFORE, DIGITECH respectfully requests that this Court enter:

1. A judgment in favor of DIGITECH that Defendants have infringed, directly and/or indirectly, the '415 patent;

2. A judgment that the Defendants' infringement is and/or has been willful and objectively reckless;

3. A permanent injunction enjoining Defendants, and their officers, directors, employees, agents, affiliates and all others acting in active concert therewith from infringing the '415 patent;

4. A judgment and order requiring all Defendants to pay DIGITECH its damages, costs, expenses, and prejudgment and post-judgment interest for Defendants' infringement of the '415 patent as provided under 28 U.S.C. § 284;

5. An award to DIGITECH for enhanced damages as provided under 35 U.S.C. § 284;

6. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to DIGITECH its reasonable attorneys' fees;

7. Any and all other relief to which DIGITECH may show itself to be entitled.

## **DEMAND FOR JURY TRIAL**

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: August 16, 2012

Respectfully submitted,

COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC

_____
John J. Edmonds

Attorney for Plaintiff
DIGITECH IMAGE TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
DIGITECH IMAGE TECHNOLOGIES, LLC

**DEFENDANTS**
(See Attachment)

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
JOHN J. EDMONDS, COLLINS EDMONDS POGORZELSKI SCHLATHER & TOWER, PLLC, 1851 EAST FIRST STREET, SUITE 900, SANTA ANA, CA 92705, TELEPHONE: (951) 708-1237

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
PATENT INFRINGEMENT 35 U.S.C. §§ 271

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____ **SACV12-01324 JVS (RNBx)** _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes
If yes, list case number(s): 8:12-cv-001153-MLG

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☒ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| PLAINTIFF (ORANGE COUNTY) | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | SEE ATTACHMENT |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 8/16/12

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**PARTY**                                                                                  **CONNECTION**

(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| ELECTRONIC FOR IMAGING, INC.; | DEFENDANT |
| KONICA MINOLTA HOLDINGS, INC.; | DEFENDANT |
| KONICA MINOLTA HOLDINGS, USA., INC.; | DEFENDANT |
| KONICA MINOLTA BUSINESS SOLUTIONS, USA., INC.; and | DEFENDANT |
| XEROX CORPORATION | DEFENDANT |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
- o   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

**LIST OF DEFENDANTS IN THEIR COUNTIES AND STATES BELOW:**

ELECTRONICS FOR IMAGING, INC.; SAN MATEO COUNTY, CALIFORNIA

KONICA MINOLTA HOLDINGS U.S.A., INC.; BERGEN COUNTY, NEW JERSEY

KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC.; BERGEN COUNTY, NEW JERSEY

XEROX CORPORATION; FAIRFIELD COUNTY, CONNECTICUT

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

  o   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

**LIST OF DEFENDANTS IN THEIR FOREIGN COUNTRY BELOW:**

KONICA MINOLTA HOLDINGS, INC.; TOKYO, JAPAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV12- 1324 JVS (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
JOHN J. EDMONDS (STATE BAR NO. 274200)
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1851 EAST FIRST STREET, SUITE 900
SANTA ANA, CA 92705

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DIGITECH IMAGE TECHNOLOGIES, LLC

PLAINTIFF(S)

v.

ELECTRONICS FOR IMAGING, INC.; (see attachment)

DEFENDANT(S).

CASE NUMBER

SACV12-01324 JVS (RNBx)

SUMMONS

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __John J. Edmonds__, whose address is __1851 East First Street, Suite 900, Santa Ana, California 92705__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __AUGUST 16, 2012__    By: __N. Bo____
                                   Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                    SUMMONS

| PARTY<br>(List the names of all such parties and identify their connection and interest.) | CONNECTION |
|---|---|
| ELECTRONIC FOR IMAGING, INC.;<br>KONICA MINOLTA HOLDINGS, INC.;<br>KONICA MINOLTA HOLDINGS, USA., INC.;<br>KONICA MINOLTA BUSINESS SOLUTIONS, USA., INC.;<br>and | DEFENDANT<br>DEFENDANT<br>DEFENDANT<br>DEFENDANT |
| XEROX CORPORATION | DEFENDANT |