John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorney for Plaintiff,
**DIGITECH IMAGE TECHNOLOGIES, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>ELECTRONICS FOR IMAGING, ET AL.,<br><br>             Defendants. | Case No. SACV 12-01324-JVS-RNB<br><br>Related Case: SACV 12-01153-ODW-MRW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT KONICA MINOLTA**<br>**[FRCP 41(a)(1)(A)(i)]**<br><br>Honorable James V. Selna<br>Complaint Filed:    August 16, 2012<br>Trial Date:             None |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Digitech Image Technologies, LLC hereby voluntarily dismisses all claims asserted against defendants KONICA MINOLTA HOLDINGS, INC.; KONICA MINOLTA HOLDINGS U.S.A., INC.; KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC. (collectively "Konica Minolta") without prejudice.

Konica Minolta has not served or filed an answer or otherwise responded to the Complaint nor filed a motion for summary judgment.

Dated:   October 2, 2012

Respectfully submitted,

COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC

 /s/ *John J. Edmonds*
John J. Edmonds

Attorney for Plaintiff
DIGITECH IMAGE TECHNOLOGIES, LLC

### PROOF OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on October 2, 2012 with a copy of this document via the Court's C/ECF system per the Local Rules. Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or first class mail on this date.

By:   /s/ *John J. Edmonds*
John J. Edmonds