UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br>v.<br><br>ELECTRONICS FOR IMAGING, ET AL.<br><br>Defendants. | Case No. 8:12-cv-01324-ODW (MRWx)<br>CONSOLIDATED |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br>v.<br><br>SONY CORPORATION, SONY CORPORATION OF AMERICA and SONY ELECTRONICS INC.,<br><br>Defendants. | Case No. 8:12-cv-01678-ODW (MRWx)<br>CONSOLIDATED<br><br>Hon. Otis D. Wright, II<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS SONY CORPORATION, SONY CORPORATION OF AMERICA AND SONY ELECTRONICS INC.** |

On this day, Plaintiff Digitech Image Technologies, LLC ("Plaintiff") and Defendants and Counterclaim-Plaintiffs Sony Corporation, Sony Corporation of America and Sony Electronics Inc. (collectively "Sony") announced to the Court that they have settled Plaintiff's claims for relief against Sony asserted in this case. Plaintiff and Sony have therefore requested that the Court dismiss Plaintiff's claims for relief against Sony, with prejudice with all attorneys' fees, costs of court and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Sony are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**IT IS SO ORDERED.**

Dated: July 8, 2013

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE