**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>ELECTRONICS FOR IMAGING, INC. et al.,<br><br>            Defendants. | Case No. 8:12-cv-1324-ODW(MRWx)<br><br>**ORDER** |

In view of the Court's July 31, 2013 Order Granting Summary Judgment, the Court hereby **DENIES** the following pending motions:

- Electronics For Imaging, Inc.'s Motion to Strike Plaintiff's Infringement Contentions is **DENIED AS MOOT** (No. 8:12-cv-1324-ODW(MRWx), ECF No. 68);
- Digitech Image Technologies LLC's Ex Parte Application is **DENIED AS MOOT** (No. 8:12-cv-1324-ODW(MRWx), ECF No. 86);
- Ricoh Co., Ltd. and Ricoh Americans Corp.'s Motion for Leave to File Third Party Complaint is **DENIED** (No. 8:12-cv-1689-ODW(MRWx), ECF No. 35);
- Xerox Corp.'s Motion for Leave to File Third Party Complaint is **DENIED** (No. 8:12-cv-1693-ODW(MRWx), ECF No. 27);

- Konica Minolta Business Solutions U.S.A., Inc.'s Motion for Leave to File Third Party Complaint is **DENIED** (No. 8:12-cv-1694-ODW(MRWx), ECF No. 35).

Further, in an abundance of caution, the Court hereby **ORDERS** all parties to file a joint status report by August 7, 2013. This report should be filed only in the lead case (No. 8:12-cv-1324-ODW(MRWx)), and must briefly state reasons why, in light of the Court's findings that claims 1–6, 9, 10–15, and 26–31 are invalid under 35 U.S.C. § 101, the Court should not enter final judgment in favor of Defendants. For instance, though the Court believes this is not the case, it is conceivable that Digitech has asserted claims 7–8, 16–25, or 32–33 against one or more Defendants. There may also be other reasons unknown to the Court why it should not enter final judgment.

**IT IS SO ORDERED.**

July 31, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**