**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>           Plaintiff,<br>     v.<br>ELECTRONICS FOR IMAGING, INC. et al.,<br><br>           Defendants. | Case No. 8:12-cv-1324-ODW(MRWx)<br><br>**JUDGMENT** |

In light of the Court's Order Granting Motion for Summary Judgment (*Digitech Image Techs., LLC v. Elecs. for Imaging, Inc.*, No. 8:12-cv-1324-ODW(MRWx) (C.D. Cal. July 31, 2013) (ECF No. 88)) and the parties' representations in their August 5, 2013 Joint Status Report (*Id.* (ECF No. 90)), **IT IS HEREBY ORDERED:**

1. Plaintiff Digitech Image Technologies, LLC shall take nothing;
2. Judgment for each of the Defendants in this and the related cases as listed below:
   a. Electronics for Imaging, Inc. (8:12-cv-1324-ODW(MRWx));
   b. Buy.Com, Inc. (8:12-cv-1668-ODW(MRWx));
   c. B and H Foto and Electronics Corp. (8:12-cv-1671-ODW(MRWx));
   d. Sakar International, Inc. (8:12-cv-1673-ODW(MRWx));
   e. Mamiya Digital Imaging Co., Ltd.; Leaf Imaging, Ltd.; Mamiya America Corp. (8:12-cv-1675-ODW(MRWx));

  f. Leica Camera AG; Leica Camera, Inc. (8:12-cv-1677-ODW(MRWx));

  g. Fujifilm Corp. (8:12-cv-1679-ODW(MRWx));

  h. General Imaging Co. (8:12-cv-1680-ODW(MRWx));

  i. Sigma Corp.; Sigma Corp. of America (8:12-cv-1681-ODW(MRWx));

  j. Micro Electronics, Inc. (8:12-cv-1686-ODW(MRWx));

  k. Overstock.com, Inc. (8:12-cv-1687-ODW(MRWx));

  l. Newegg, Inc.; Newegg.com, Inc. (8:12-cv-1688-ODW(MRWx));

  m. Pentax Ricoh Imaging Co., Ltd.; Pentax Ricoh Imaging Americas Corp.; Ricoh Co., Ltd.; Ricoh Americas Corp. (8:12-cv-1689-ODW(MRWx));

  n. Xerox Corp. (8:12-cv-1693-ODW(MRWx));

  o. Konica Minolta Business Solutions USA, Inc. (8:12-cv-1694-ODW(MRWx));

  p. CDW LLC (8:12-cv-1695-ODW(MRWx));

  q. Victor Hasselblad AB; Hasselblad USA, Inc. (8:12-cv-1696-ODW(MRWx));

  r. Casio Computer Co. Ltd.; Casio America, Inc. (8:12-cv-1697-ODW(MRWx));

  s. Asus Computer International; Asustek Computer, Inc. (8:12-cv-2122-ODW(MRWx));

  t. Toshiba Corp.; Toshiba America, Inc.; Toshiba America Business Solutions, Inc.; Toshiba America Information Systems, Inc. (8:12-cv-2127-ODW(MRWx));

3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

August 6, 2013

             _____
             **OTIS D. WRIGHT, II**
             **UNITED STATES DISTRICT JUDGE**